UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMY GAITANE and MAHASTI KOOSHA, individually and on behalf of a class of similarly-situated female employees,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EATON CORPORATION, ALFRED VINCENZI, PATRICK FERRANG, and RONALD QUADE,<br><br>　　　　　Defendants. | ))))))))))))))) | FIRST NOTICE OF FILING OF CONSENT TO JOIN FORM<br><br>UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)<br><br>Civ. No. 11-cv-2323 (WHP) |

## FIRST NOTICE OF FILING OF CONSENT TO JOIN FORMS

Consent to Join Forms for the following individuals are attached hereto. These individuals choose to participate in this Equal Pay Act civil action as a collective action.

　　Exhibit A:　　Amy Gaitane

　　Exhibit B:　　Mahasti Koosha

Respectfully submitted on this 14th day of April 2011

           CLASS REPRESENTATIVES AND PLAINTIFFS,
           Amy Gaitane and Mahasti Koosha

By: _____
Jeremy Heisler (JH-0145)
Steven L. Wittels (SLW-8110)
Deepika Bains (DB-4935)
Siham Nurhussein (SN-9379)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948
swittels@swhlegal.com

Janette Wipper (CA Bar No. 275264)
**SANFORD WITTELS & HEISLER, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 391-6900
Facsimile: (415) 421-4784
jwipper@swhlegal.com

*Counsel for Plaintiffs Amy Gaitane, Mahasti Koosha and the Class and Collective Action Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMY GAITANE and MAHASTI KOOSHA, individually and on behalf of a class of similarly-situated female employees, <br><br> Plaintiffs, <br><br> v. <br><br> EATON CORPORATION, ALFRED VINCENZI, PATRICK FERRANG, and RONALD QUADE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF <br><br> UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d) <br><br> Civ. No. 11-CV-2323 (WHP) |

1. I, AMY GAITANE, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employer Eaton Corporation ("Eaton") and its managers, Alfred Vincenzi, Patrick Ferrang, and Ronald Quade (collectively "Defendants") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Eaton during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Defendants paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 4·4·11                                  _Amy Gaitane_
                                                     Amy Gaitane

NO RETALIATION PERMITTED. Federal law prohibits Defendants from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).

# EXHIBIT B

Case 1:11-cv-02323-WHP   Document 2   Filed 04/14/11   Page 5 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY GAITANE and MAHASTI KOOSHA, individually and on behalf of a class of similarly-situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION, ALFRED VINCENZI, PATRICK FERRANG, and RONALD QUADE,<br><br>Defendants. | CONSENT TO JOIN COLLECTIVE ACTION AND BECOME PARTY PLAINTIFF<br><br>UNDER 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b), FOR VIOLATIONS OF THE EQUAL PAY ACT, 29 U.S.C. § 206(d)<br><br>Civ. No. 11-CV-2323(WHP) |

1. I, MAHASTI KOOSHA, agree to opt-in and become a plaintiff in this collective action, which alleges that my former employer Eaton Corporation ("Eaton") and its managers, Alfred Vincenzi, Patrick Ferrang, and Ronald Quade (collectively "Defendants") violated the Equal Pay Act ("EPA"), 29 U.S.C. § 206(d).

2. I was employed by Eaton during some or all of the time period from three years prior to the date of this consent form. During my employment, I believe Defendants paid me less than men who performed similar work.

3. I hereby designate Sanford Wittels & Heisler, LLP to represent me in this action.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 4th, 2011

*Mahasti Koosha*
Mahasti Koosha

NO RETALIATION PERMITTED. Federal law prohibits Defendants from taking any action against you because you elect to join this collective action or otherwise exercise your rights for violations of the EPA, 29 U.S.C. § 206(d).