USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/11

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APR 2 8 2011

| | | |
|---|---|---|
| AMY GAITANE and MAHASTI KOOSHA, | ) | #4 |
| | ) | |
| **Individually and on Behalf of Others** | ) | |
| **Similarly Situated,** | ) | 11 Civ. 2323 (WHP) |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **MOTION TO ADMIT** |
| v. | ) | **JANETTE WIPPER** |
| | ) | ***PRO HAC VICE*** |
| **EATON CORPORATION, ALFRED** | ) | **ON WRITTEN MOTION** |
| **VINCENZI, PATRICK FERRANG, and** | ) | |
| **RONALD QUADE,** | ) | |
| | ) | RECEIVED |
| **DEFENDANTS.** | ) | MAY - 4 2011 |

CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States ~~District Court for the~~

Southern District of New York, I, Steven L. Wittels, a member in good standing of the bar of this

Court, hereby move for an Order allowing the admission *pro hac vice* of

> Applicant's Name:    Janette Wipper
> Firm Name:           Sanford Wittels & Heisler, LLP
> Address:             555 Montgomery St., Suite 1206
> City/State/Zip:      San Francisco, CA 94111
> Phone Number:        (415) 391-6900
> Fax Number:          (415) 391-6901

Janette Wipper is a member in good standing of the Bars of California, District of Columbia, and

Texas.  There are no pending disciplinary proceedings against Janette Wipper in any State or

Federal court.

Dated:          April 20, 2011

City, State:    New York, NY

Respectfully submitted,

By: _____
Steven L. Wittels (SLW-8110)
**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas
31st Floor
New York, NY 10019
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMY GAITANE and MAHASTI KOOSHA, | ) | |
| | ) | |
| **Individually and on Behalf of Others** | ) | |
| **Similarly Situated,** | ) | **11 Civ. 2323 (WHP)** |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **AFFIDAVIT OF STEVEN L.** |
| v. | ) | **WITTELS IN SUPPORT OF** |
| | ) | **MOTION TO ADMIT** |
| **EATON CORPORATION, ALFRED** | ) | **JANETTE WIPPER** |
| **VINCENZI, PATRICK FERRANG, and** | ) | *PRO HAC VICE* |
| **RONALD QUADE,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

Steven L. Wittels, being duly sworn, hereby deposes and says as follows:

1. I am a partner of Sanford Wittels & Heisler, LLP, Counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Janette Wipper as Counsel *pro hac vice* to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Janette Wipper since 2006.

4. Ms. Wipper is a Partner at Sanford Wittels & Heisler in San Francisco, CA.

5. I have found Ms. Wipper to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Janette Wipper, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Janette Wipper, *pro hac*

*vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Janette Wipper, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: April 19, 2011

City, State:  New York, New York

Respectfully submitted,

_____
Steven L. Wittels (SLW-8110)

Sworn to me this ___ day
of April 2011.

_____
Notary Public

DEEPIKA BAINS
Notary Public, State of New York
No. 02BA6189484
Qualified in New York County
Commission Expires June 23, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5|5|11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMY GAITANE and MAHASTI KOOSHA,       )
                                       )
**Individually and on Behalf of Others**   )
**Similarly Situated,**                    )          **11 Civ. 2323 (WHP)**
                                       )
**PLAINTIFFS,**                            )
                                       )          **ORDER FOR ADMISSION OF**
              v.                       )          **JANETTE WIPPER, ESQ**
                                       )          ***PRO HAC VICE***
**EATON CORPORATION, ALFRED**              )          **ON WRITTEN MOTION**
**VINCENZI, PATRICK FERRANG, and**         )
**RONALD QUADE,**                          )
                                       )          SO ORDERED:        5|5|11
**DEFENDANTS.**                            )
                                       )
                                                  _____
                                                  WILLIAM H. PAULEY III U.S.D.J.

Upon the motion of Steven L. Wittels, attorney for Plaintiffs and others similarly situated, and

said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|                   |                                  |
|-------------------|----------------------------------|
| Applicant's Name: | Janette Wipper                   |
| Firm Name:        | Sanford Wittels & Heisler, LLP   |
| Address:          | 555 Montgomery St., Suite 1206   |
| City/State/Zip:   | San Francisco, CA 94111          |
| Phone Number:     | (415) 391-6900                   |
| Fax Number:       | (415) 391-6901                   |

is admitted to practice *pro hac vice* as Counsel for Plaintiffs and others similarly situated in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, Counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:                            , 2011
City, State:    New York, NY


                              _____
                              United States District/Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **AMY GAITANE and MAHASTI KOOSHA,** | ) | |
| | ) | |
| **Individually and on Behalf of Others** | ) | |
| **Similarly Situated,** | ) | **11 Civ. 2323 (WHP)** |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| **EATON CORPORATION, ALFRED** | ) | |
| **VINCENZI, PATRICK FERRANG, and** | ) | |
| **RONALD QUADE,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

The undersigned attorney hereby certifies that on April 27, 2011, I caused a true

and correct copy of the Motion to Admit Janette Wipper, Esq. *pro hac vice* to be served

upon the following, via overnight mail:

G. Ross Bridgman
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Victor Leo
General Counsel
Eaton Corporation
1111 Superior Avenue
Cleveland, OH 44114

*Attorneys for Defendants*

By: _____
         Steven L. Wittels (SLW-8110)
         **SANFORD WITTELS & HEISLER, LLP**
         1350 Avenue of the Americas
         31[th] Floor
         New York, NY 10019
         Telephone: (646) 723-2947
         Facsimile: (646) 723-2948

**THE STATE BAR
OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 4, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JANETTE L. WIPPER, #275264 was admitted to the practice of law in this state by the Supreme Court of California on January 19, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
### Committee on Admissions
#### 430 E Street, N.W. — Room 123
#### Washington, D. C. 20001
#### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JANETTE L. WIPPER
_____

was on the   14ᵀᴴ   day of   SEPTEMBER, 2001
_____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on April
> 12, 2011.

> JULIO A. CASTILLO
> Clerk of the Court

By: _____
                    Deputy Clerk