UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY GAITANE and MAHASTI KOOSHA, individually and on behalf of a class of similarly-situated female employees,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION, ALFRED VINCENZI, PATRICK FERRANG, and RONALD QUADE,<br><br>Defendants. | Case No. 11 Civ. 2323 (WHP)<br><br>STIPULATION OF DISMISSAL<br><br>SO ORDERED:<br><br>_____<br>WILLIAM H. PAULEY III U.S.D.J.<br>4/25/12 |

Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), Plaintiffs Amy Gaitane and Mahasti Koosha ("Plaintiffs"), by and through their undersigned counsel, voluntarily dismiss in its entirety and with prejudice the Amended Class Action Complaint filed on August 1, 2011, in the above-captioned matter, without costs or attorneys' fees to any party.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/12

Defendants Eaton Corporation, Alfred Vincenzi, Patrick Ferrang, and Ronald Quade, stipulate to this dismissal.

Dated: Washington, DC  
April 24, 2012

SANFORD WITTELS & HEISLER LLP

By: _/s/ Katherine M. Kimpel_  
Katherine M. Kimpel  
1666 Connecticut Avenue NW, Suite 300  
Washington DC 20009

Telephone: (202) 742-7788  
Facsimile: (202) 742-7776

*Attorneys for Plaintiffs Amy Gaitane and Mahasti Koosha*

Dated: New York, New York  
April 23, 2012

LATHAM & WATKINS LLP

By: _/s/ David J. McLean_  
David J. McLean  
885 Third Avenue  
New York, New York 10022

Tel: (212) 906-1200

*Attorneys for Defendants Eaton Corporation, Alfred Vincenzi, Patrick Ferrang, and Ronald Quade*

**SO ORDERED:**

_____  
**U.S.D.J.**